**ND&S** NICOLL DAVIS & SPINELLA LLP
95 Route 17 South, Suite 316
Paramus, New Jersey 07652
(201) 712-1616
Attorneys for Plaintiff, N.V.E. Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E. INC.,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>MICHAEL MARINO & MICHAEL MARINO ENTERTAINMENT,<br><br>　　　　　　Defendants. | District Judge: Dennis M. Cavanaugh, USDJ<br>Magistrate Judge: Joseph A. Dickson, USMJ<br><br>Case No.: 2:13-cv-00364-DMC-JAD<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR REMAND TO STATE COURT**<br><br>Motion Date: March 18, 2013 at 9:00 a.m.<br>Oral Argument Requested |

TO:　　Krenkel & Krenkel, LLC
　　　　David A. Krenkel, Esq.
　　　　107 Main Street
　　　　Allenhurst, New Jersey 07711
　　　　(732) 531-9300
　　　　Attorneys for Defendants

　　　　**PLEASE TAKE NOTICE** that on Monday, March 18, 2013 at 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned attorneys for Plaintiff N.V.E., Inc. shall move before Hon. Joseph A. Dickson, USMJ, at the Martin Luther King, Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order remanding this action to the Superior Court of New Jersey, Law Division, Sussex County.

　　　　**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiff shall rely upon the letter brief, Certification of Anthony J. Davis, Esq., and proposed form of Order submitted herewith; and

1

**PLEASE TAKE FURTHER NOTICE** that at that time and place aforesaid, Plaintiff will request that the proposed form of Order submitted herewith be entered by the Court.

                                      NICOLL DAVIS & SPINELLA LLP
                                      Attorney for Plaintiff, N.V.E. Inc.

Dated: February 18, 2013                    _s/Anthony Davis/_____
                                                  ANTHONY J. DAVIS