**Q**

William T. Walsh
   Clerk

Street

### UNITED STATES DISTRICT COURT
### MARTIN LUTHER KING, JR.
### FEDERAL BLD & U.S. COURTHOUSE
### 50 WALNUT STREET
### P.O. BOX 419
### NEWARK, N.J. 07101-0419
973-645-4619

**CAMDEN OFFICE**
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

**TRENTON OFFICE**
402 East State

P.O. Box 515
Trenton, N.J. 08603

*REPLY TO:* Newark
*Date:* 4/23/13

**CLERK**
**SUPERIOR COURT OF SUSSEX COUNTY**
**43-4 7 HIGH STREET**
**NEWTON, NJ 07860**

Re: N.V.E., INC. vs. MARINO et al

Your No. SSX-L-767-12
USDC NO. 13-364   (DMC)

**RECEIVED & FILED**

APR 26 2013

Sussex County Law Division

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by:

s/Donna DeAngelis
Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199

RECEIVED & FILED

APR 2 5 2013

Sussex County Law Division



UNITED STATES POSTAGE
$ 00.46⁰
APR 29 2013
MAILED FROM ZIP CODE 07860
0004376107

Superior Court of New Jersey
Civil Division
43-47 High Street
Newton, New Jersey 07860

United States District Court
Martin Luther King, Jr.
Federal Bld. & US Courthouse
50 Walnut Street, P.O. Box 419
Newark, NJ 07101-0419

07101δ0419 B002